UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| ROBERT ANTHONY THOMPSON, | ) | No. 3:07cv209 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant Property | ) | |

UPON MOTION of the United States of America for summary judgment or in the alternative for a more definite statement (Doc. No. 22), the Court hereby GRANTS the Motion for Summary Judgment. The alternative motion for a more definite statement is thereby moot.

The United States has fully explained how Plaintiff-Claimant Robert Thompson was given all notice and opportunity to be heard regarding the forfeiture of his properties and papers in either his criminal prosecution (<u>United States v. Thompson</u>, 3:03cr181 (W.D.N.C.)) or this civil proceeding. Plaintiff-Claimant either waived his opportunity to contest his forfeiture or failed to sufficiently identify any properties or papers which had been forfeited without constitutionally and/or statutorily adequate due process.

Thus there is no genuine issue of material fact justifying a jury or bench trial. Accordingly, the United States' motion for summary judgment (Doc. No. 22) is GRANTED.

IT IS SO ORDERED.

Signed: December 28, 2009

Frank D. Whitney
United States District Judge